## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

HOLLY ANN KUCHWARA AND ROBERT J. KUCHWARA

       v.

THEODUS WILLIAMS AND VALVANO CONSTRUCTION, INC.

DOREEN MAZUR AND STEPHEN MAZUR, HUSBAND AND WIFE, AND AZURE MAZUR

       v.

THEODUS WILLIAMS AND VALVANO CONSTRUCTION, INC.

PETITION OF: VALVANO CONSTRUCTION, INC.

: No. 585 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.